IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01306-BNB

LETICIA PEREZ,

    Plaintiff,

v.

LABOR FINDERS INTERNATIONAL, INC. D.B.A. LABOR FINDERS,
M.J. MILES PRODUCE, INC. D.B.A. HURON PRODUCE LTD. D.B.A. HURON
    PRODUCE, and
HURON PRODUCE, INC. D.B.A. HURON PRODUCE LTD,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  The motion and affidavit indicates that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 4, is granted.  It is

FURTHER ORDERED that Plaintiff's "Unopposed Motion for Leave to File Plaintiff's Motion and Declaration for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as a Restricted Document-Level 2," ECF No. 2, is denied for failure to meet the requirements set forth in D.C.COLO.LCivR 7.2.B.

DATED May 22, 2013, at Denver, Colorado.

                                    BY THE COURT:

                                    s/Boyd N. Boland
                                    United States Magistrate Judge