IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01306-BNB

LETICIA PEREZ,

    Plaintiff,

v.

LABOR FINDERS INTERNATIONAL, INC. D.B.A. LABOR FINDERS,
M.J. MILES PRODUCE, INC. D.B.A. HURON PRODUCE LTD, D.B.A. HURON
    PRODUCE, and
HURON PRODUCE, INC. D.B.A. HURON PRODUCE LTD,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 22, 2013, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge