IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01306-RBJ

LETICIA PEREZ,

    Plaintiff,

v.

LABOR FINDERS INTERNATIONAL, INC. D.B.A. Labor Finders,
M.J. MILES PRODUCE, INC. D.B.A. Huron Produce Ltd. d/b/a Huron Produce, and
HURON PRODUCE, INC. D.B.A. Huron Produce Ltd,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 5, 2015 at 9:00 a.m.**

    A Trial Preparation Conference is set for **October 21, 2014 at 1:00 p.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

    For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 16th day of December, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge